UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 24-cv-2524 (GMH)<br>)<br>)<br>)<br>)<br>)<br>) |

**FOIA/PRIVACY ACT STANDING ORDER**

Plaintiff brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. 552a. It is hereby

**ORDERED** that the parties shall comply with the Federal Rules of Civil Procedure; the Local Civil Rules of the U.S. District Court for the District of Columbia, including Local Civil Rule 7; and each of the directives set forth in this Order. Failure to conform to those rules or directives may, when appropriate, result in sanctions. It is further

**ORDERED** that the parties shall meet and confer and propose a joint scheduling order for further proceedings in this case by no later than March 13, 2025. The parties' joint proposed scheduling order shall address the following:

(1)   the status of plaintiff's FOIA/Privacy Act request;

(2)   the anticipated number of documents responsive to plaintiff's FOIA/Privacy Act request;

(3)   the anticipated date(s) for release of documents responsive to plaintiff's FOIA/Privacy Act request;

(4)   whether a motion for an *Open America* stay is likely in this case, *see Open Am. v.*

1

*Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976);

(5) whether a *Vaughn* index will be required in this case, *see Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973);

(6) whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement; and

(7) a proposed briefing schedule for dispositive motions, if applicable.

If the parties are unable to agree on a joint recommendation, the joint proposed scheduling order shall include each party's individual recommendations.

**SO ORDERED.**

Date: February 11, 2025

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE