UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

       Plaintiff,

  v.

IMMIGRATION AND CUSTOMS
ENFOREMENT,

       Defendant.

Civil Action No. 24-2524 (RBW/GMH)

## JOINT STATUS REPORT

Pursuant to the Court's March 14, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from a FOIA request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

2. Although ICE had planned to send Plaintiff a production at the end of April, ICE was not able to send the Production due to workload backup. ICE anticipates being able to finish processing the first 500 pages of responsive records by the end of May 2025.

3. The parties respectfully propose filing another joint status report in thirty days, on June 5, 2025.

\* \* \*

Dated: May 6, 2025           Respectfully submitted,

                                 EDWARD R. MARTIN, JR, D.C. Bar #481886
                                 United States Attorney

By:     */s/ John J. Bardo*
      JOHN BARDO, D.C. Bar # 1655534
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2551

*Attorneys for the United States of America*


      /s/ *David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
MATTHEW J. O'BRIEN, DC Bar No. 90012700
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*