UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>        Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>        Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 14, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from a FOIA request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

2. ICE is still finalizing the production that it had agreed to produce at the end of May 2025 and anticipates that it will be able to release the records next week.

3. Additionally, since the last Joint Status Report (ECF No. 18), ICE identified 351 additional pages that are potentially responsive to the request. ICE will begin processing those records after it makes its production next week.\

4. The parties respectfully propose filing another joint status report in forty-five days, on July 21, 2025.

Dated: June 6, 2025          Respectfully submitted,

                               JEANINE FERRIS PIRRO
                               United States Attorney

By:      */s/ John J. Bardo*
        JOHN BARDO, D.C. Bar # 1655534
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2551

*Attorneys for the United States of America*


        */s/ David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*

2