UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>        Plaintiff,<br><br>        v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>        Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 9, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from a FOIA request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

2. ICE has released the First Interim Production to Plaintiff on July 21, 2025, consisting of fourteen pages of responsive records. In addition, eighty-two pages have been sent to outside agencies for consultation. After ICE receives the consultation back from the outside agencies, ICE will release those documents in a supplemental release.

3. ICE anticipates processing 351 additional pages, which are likely to similarly contain pages that can be released upon review, and others that will need to be sent to outside agencies for consultation. ICE anticipates the next schedule production to be released on or before August 21, 2025, with any additional consultation records to follow that date.

4. The parties respectfully propose filing another JSR in sixty days, on September 19, 2025.

Dated: July 21, 2025                              Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:      */s/ John J. Bardo*
JOHN BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*


        /s/ *David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
Mateo Forera-Norena, DC Bar No. 90002605
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC  20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*