UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>        Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>        Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

## JOINT STATUS REPORT

Pursuant to the Court's July 22, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report.  The parties report as follows:

1.      This lawsuit stems from a FOIA request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

2.      Since the last joint status report, ICE made a production of non-exempt reasonable segregable portions of responsive records.

3.      ICE still has several responsive records undergoing consults with other government agencies.  Although ICE frequently reminds these agencies of the need to complete the consults expeditiously, ICE is unable to control other agencies' workflow.

4.      The parties respectfully propose filing another joint status report in sixty days, on November 18, 2025.

Dated: September 19, 2025           Respectfully submitted,

                                 JEANINE FERRIS PIRRO
                                 United States Attorney


By:        */s/ John J. Bardo*
         JOHN BARDO, D.C. Bar # 1655534
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202) 252-2551

*Attorneys for the United States of America*


         /s/ *David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC  20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*