UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>       Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>       Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6(b), Defendant Immigration and Customs Enforcement respectfully moves the Court for an order enlarging the parties' deadline to file a joint status report by two days, i.e. from December 3, 2025 to December 5. Defendant apologizes to the Court for submitting this late filing. The undersigned counsel has been informed that at least some of the responsive records are still undergoing consults with other government agencies but has not been able to obtain more specific information before the filing deadline. A two-day extension will allow the parties the opportunity to give the court a more meaningful update on the status of Plaintiff's FOIA request.

At 7:21 p.m., the undersigned counsel contacted Plaintiff's counsel seeking consent for the relief sought in this motion but as of this filing, Plaintiff's counsel has not responded. A two-day extension will cause Plaintiff no prejudice.

\*   \*   \*

Dated: December 3, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ John J. Bardo*_____
JOHN BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*