UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>　　　　Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for extension of time to file a joint status report and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the parties shall file a joint status report by December 5, 2025.

SO ORDERED.

_____                                                         _____
Dated                                                              G. MICHAEL HARVEY
                                                                   United States Magistrate Judge