**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

        Plaintiff,

     v.                                       No. 24-cv-2524 (RBW/GMH)

IMMIGRATION AND CUSTOMS
ENFOREMENT,

        Defendant.

**ORDER**

    Upon consideration of Defendant's motion for extension of time to file a joint status report

and the entire record herein, it is hereby

    **ORDERED** that Defendant's motion is **GRANTED**; and it is further

    **ORDERED** that the parties shall file a joint status report by December 5, 2025.

    **SO ORDERED.**

Date:  December 4, 2025     

                                            
                                        G. MICHAEL HARVEY
                                        United States Magistrate Judge