UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>　　　　Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

## JOINT STATUS REPORT

　　　　Pursuant to the Court's September 19, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report. The parties report as follows:

　　　　1.　　This lawsuit stems from a FOIA request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

　　　　2.　　ICE had records under consult with eleven different government agencies and since the last joint status report (ECF No. 22), two of those agencies returned their consults. ICE will continue to check in with the nine remaining agencies to encourage them to finish their consults expeditiously.

　　　　3.　　The parties respectfully propose filing another joint status report in sixty days, on February 3, 2026.

Dated: December 5, 2025          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

By:     */s/ John J. Bardo*
         JOHN BARDO, D.C. Bar # 1655534
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202) 252-2551

*Attorneys for the United States of America*


        */s/ David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*

2