UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFOREMENT,<br><br>Defendant. | Civil Action No. 24-2524 (RBW/GMH) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 8, 2025, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from a Freedom of Information Act ("FOIA") request that Plaintiff submitted to ICE that generally sought communications exchanged among ICE leadership regarding Michelle Brane.

2. The remaining responsive records remain under consult with other government agencies. ICE continues to check in with these agencies to encourage them to complete the consults in a timely manner.

3. The parties respectfully propose filing another joint status report in sixty days, on April 6, 2026.

Dated: February 3, 2026                    Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney


By:       */s/ John J. Bardo*
    JOHN BARDO, D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2551

*Attorneys for the United States of America*


      */s/ David L. Jaroslav*
DAVID L. JAROSLAV, DC Bar No.90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC  20001
Telephone: 908-273-9207
mobrien@irli.org

*Counsel for Plaintiff Federation for American Immigration Reform*