UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

Plaintiff,

v.

IMMIGRATION AND CUSTOMS
ENFOREMENT,

Defendant.

Civil Action No. 24-2524 (RBW/GMH)

## JOINT STATUS REPORT

Pursuant to the Court's February 9, 2026, minute order Plaintiff the Federation for American Immigration Reform and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report.  The parties report as follows:

1.      Due to the lapse in appropriations for the Department of Homeland Security, ICE's FOIA staff has been furloughed and thus ICE has been unable to take any further action on Plaintiff's FOIA request.

2.      The parties respectfully propose filing another joint status report in sixty days, on June 5, 2026.

\* \* \*

Dated: April 6, 2026                    Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        United States Attorney


                                        By: _____ */s/ John J. Bardo*_____
                                            JOHN BARDO, D.C. Bar # 1655534
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202) 252-2551

                                        *Attorneys for the United States of America*


                                        _____ */s/ David L. Jaroslav*_____
                                        DAVID L. JAROSLAV, DC Bar No.90021286
                                        Immigration Reform Law Institute
                                        25 Massachusetts Ave., NW, Suite 335
                                        Washington, DC  20001
                                        Telephone: 908-273-9207
                                        mobrien@irli.org

                                        *Counsel for Plaintiff Federation for American
                                        Immigration Reform*